IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-119-KDB-DCK

| | |
|---|---|
| ANITA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| NATIONAL ENTERPRISES SYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Kendra Stark, concerning David B. Shaver, on February 22, 2022. David B. Shaver seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. David B. Shaver is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 22, 2022

David C. Keesler
United States Magistrate Judge