IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00119-KDB-DCK

ANITA JOHNSON,

　　Plaintiff,

　　v.

NATIONAL ENTERPRISE SYSTEMS, INC.,

　　Defendant.

**ORDER**

THIS MATTER is before the Court on the parties' Joint Motion to Remand to State Court (Doc. No. 17). For the reasons stated in the Motion and supporting memorandum (Doc. No. 18) and in light of the consent of all parties, the Court GRANTS the Motion and REMANDS this matter to the North Carolina General Court of Justice, Superior Court Division, Iredell County.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 11, 2022

Kenneth D. Bell
United States District Judge